FILED: January 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4801
(2:11-cr-00192-RAJ-TEM-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JONATHAN RAY ALLEN

       Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 675 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk